■ Lauralee Davidson, Appellant, v Coach USA, Inc., et al., Defendants, and J&J Hauling, Inc. et al., Respondents. (Appeal No. 4.) [902 NYS2d 485]—Appeal from an order of the Supreme Court, Livingston County (Thomas M. Van Strydonck, J.), entered March 24, 2009. The order granted the motion of defendants J&J Hauling, Inc. and the estate of Ernest D. Zeiset, Jr., deceased, and determined that the law of Ontario, Canada concerning noneconomic damages applies to this action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Butler v Stagecoach Group, PLC*, 72 AD3d 1581 [2010]). Present—Scudder, P.J., Peradotto, Carni and Sconiers, JJ.

■ In the Matter of Steven Alster, Petitioner, v Brian Fischer, Commissioner, New York State Department of Correctional Services, Respondent. [901 NYS2d 896]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered December 16, 2009) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Fahey, Carni, Green and Gorski, JJ.